UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ASHLEY ANDERSON,  
As Next Friend of JW, a minor, and  
WILLIE WYRICK, JR.

Case Number: 1:22-cv-00378-RJJ-RSK

    *Plaintiffs*,

v.

ROBERT S. BIGELOW, JR and  
LANDSTAR INWAY, INC,

    *Defendants*.

_____/

| | |
|---|---|
| MATTHEW G. SWARTZ (P75257) | JAMES A. CROCKER (P74119) |
| Nolan & Shafer, PLC | BERTON K. MAY (P42317) |
| Attorney for Plaintiff | KOPKA PINKUS DOLIN, P.C. |
| 40 Concord Avenue | Attorneys for Defendants |
| Muskegon, MI 49442 | 190 Monroe Avenue, N.W., Ste. 400 |
| (231) 722-2444 | Grand Rapids, MI 49503 |
| mgswartz@wemakeitright.com | (248) 324-2620 x400 |
| | jacrocker@kopkalaw.com |
| | bkmay@kopkalaw.com |

_____/

**MOTION TO APPROVE SETTLEMENT OF MINOR'S PERSONAL INJURY CASE, REIMBURSEMENT OF FILE COSTS, PAYMENT OF ATTORNEY FEE, PAYMENT OF GUARDIAN AD LITEM FEE, DISTRIBUTION OF NET SETTLEMENT PROCEEDS, AND PERMISSION FOR NEXT FRIEND TO SIGN SUITABLE RELEASE PRESENTED BY DEFENDANT'S INSURANCE COMPANY AND FOR DISMISSAL OF PLAINTIFFS' CASE**

    NOW COMES Plaintiff, Ashley Anderson, as Next Friend of J.W., a minor, and

for her Motion to Approve Settlement of Minor's Personal Injury Case, Reimbursement

of File Costs, Payment of Attorney Fee, Payment of Guardian Ad Litem Fee,

Distribution of Net Settlement Proceeds, and Permission for Next Friend to Sign

Suitable Release Presented by Defendants' Insurance Company and for Dismissal of Plaintiffs' Case, states as follows:

1. This case arises out of a February 27, 2021 motor vehicle versus semi-truck collision which occurred at the intersection of Seaway Drive and Norton Avenue in the City of Norton Shores, County of Muskegon, State of Michigan.

2. Plaintiff's minor sustained multiple injuries, including orthopedic injuries and a traumatic brain injury.

3. The parties litigated this case and eventually arrived at a tentative settlement to resolve this matter in the amount of $1,320,000.00.

4. This case resolved via resolution at mediation, pending and conditioned on this Court's approval.

5. The parties request that this Court approve the settlement and distribute the proceeds as requested herein.

6. Plaintiff is requesting that the law firm of Nolan & Shafer, PLC be reimbursed for file costs in the amount of $15,376.56.

7. Pursuant to a one-third contingency fee agreement, Plaintiff is requesting that the law firm of Nolan & Shafer, PLC, be paid an attorney fee in the amount of $434,874.48.

8. The Plaintiff has, previously to this motion, petitioned in Muskegon County Probate Court (where the conservatorship action for the minor is

pending) for the appointment of Attorney Edward Wasiura as guardian ad litem to pass on the fairness of the proposed settlement. Mr. Wasiura's fee for performing these services will be $400.00.

9. After reduction of the gross settlement amount by the above-referenced file costs and attorney fee, and before any fee for subsequent payment to the guardian ad litem is subtracted, the net disbursement proposed for Plaintiff's minor would be $869,348.96.

10. The Plaintiff is requesting that this Honorable Court approve the balance of the Plaintiff's minor's net settlement to be paid by a structured settlement, and the terms and conditions of said structured settlement shall be approved by Plaintiff and the guardian ad litem and shall be payable to Plaintiff's minor, JW, as provided pursuant to the terms of the structured settlement, as described in more detail below.

11. Plaintiff is requesting permission from this Honorable Court to sign a suitable release that will be approved by Plaintiff's counsel that will release future liability with respect to the Defendants, and their heirs and assigns.

12. Plaintiff is proposing that the settlement funds be used to purchase a structured settlement/annuity as follows:

  A. The total cost of $581,823.46 for the purchase of an annuity providing future periodic payments, as follows:

  Payable to JW:

> $2,991.50 payable monthly for life, 30 years guaranteed, beginning 5/10/2029, with the last guaranteed payment on 4/10/2059.
>
> The obligation to make the periodic payments described herein will be assigned under the meaning of IRC Sec. 130, to USAA Annuity Services Corporation (the "Assignee") and funded by an annuity contract issued by USAA Life Insurance Company (the "Annuity Issuer").

B. The total cost of $287,525.50 for the purchase of an annuity providing future periodic payments, as follows:

> Payable to JW:
>
> $50,000.00 payable 5/10/2029 guaranteed.
> $75,000.00 payable 5/10/2032 guaranteed.
> $150,000.00 payable 5/10/2036 guaranteed.
> $250,000.00 payable 5/10/2041 guaranteed.
>
> The obligation to make the periodic payments described herein will be assigned under the meaning of IRC Sec. 130, to MetLife Assignment Company, Inc. (the "Assignee") and funded by an annuity contract issued by Metropolitan Tower Life Insurance Company (the "Annuity Issuer").

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order consistent with the following:

a. Approving the gross settlement in the amount of $1,320,000.00, inclusive of all costs and attorney fees;

b. Approving reimbursement of file costs to the law firm of Nolan & Shafer in the amount of $15,376.56;

c. Approving payment of attorney fees to the law firm of Nolan & Shafer, PLC pursuant to the fee agreement in the amount of $434,874.48;

    d.    Approving payment of guardian ad litem fees in the amount $400.00 payable to Attorney Edward Wasiura;

    e.    Approving of Plaintiff's request to sign a suitable release presented by Defendants' insurance company upon approval of Plaintiff's counsel;

    f.    Approving of the balance of the minor's net settlement of $869,348.96, to be paid via structured settlement and annuity under the following terms:

> The total cost of $581,823.46 for the purchase of an annuity providing future periodic payments, as follows:
>
> Payable to JW:
>
> $2,991.50 payable monthly for life, 30 years guaranteed, beginning 5/10/2029, with the last guaranteed payment on 4/10/2059.
>
> The obligation to make the periodic payments described herein will be assigned under the meaning of IRC Sec. 130, to USAA Annuity Services Corporation (the "Assignee") and funded by an annuity contract issued by USAA Life Insurance Company (the "Annuity Issuer").
>
> The total cost of $287,525.50 for the purchase of an annuity providing future periodic payments, as follows:
>
> Payable to Jaylen Wyrick:
>
> $50,000.00 payable 5/10/2029 guaranteed.
> $75,000.00 payable 5/10/2032 guaranteed.
> $150,000.00 payable 5/10/2036 guaranteed.
> $250,000.00 payable 5/10/2041 guaranteed.
>
> The obligation to make the periodic payments described herein will be assigned under the meaning of IRC Sec. 130, to MetLife Assignment Company, Inc. (the "Assignee") and funded by an annuity contract issued by Metropolitan Tower Life Insurance Company (the "Annuity Issuer").

    g.    Dismissing this matter in its entirety with prejudice and without costs to any party.

Dated:  May 19, 2023　　　　　　　　　　　NOLAN & SHAFER, PLC


　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew G. Swartz*
　　　　　　　　　　　　　　　　　　　　　Matthew G. Swartz (P75257)
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff