UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ASHLEY ANDERSON,<br>As Next Friend of JW, a minor, and<br>WILLIE WYRICK, JR.<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>ROBERT S. BIGELOW, JR and<br>LANDSTAR INWAY, INC,<br><br>　　　*Defendants*. | Case Number: 1:22-cv-00378-RJJ-RSK<br>HON.  Robert J. Jonker |

_____/

| | |
|---|---|
| MATTHEW G. SWARTZ (P75257)<br>Nolan & Shafer, PLC<br>Attorney for Plaintiff<br>40 Concord Avenue<br>Muskegon, MI 49442<br>(231) 722-2444<br>mgswartz@wemakeitright.com | JAMES A. CROCKER (P74119)<br>BERTON K. MAY (P42317)<br>KOPKA PINKUS DOLIN, P.C.<br>Attorneys for Defendants<br>190 Monroe Avenue, N.W., Ste. 400<br>Grand Rapids, MI 49503<br>(248) 324-2620 x400<br>jacrocker@kopkalaw.com<br>bkmay@kopkalaw.com |

_____/

**ORDER APPROVING SETTLEMENT OF MINOR'S PERSONAL INJURY CASE, REIMBURSEMENT OF FILE COSTS, PAYMENT OF ATTORNEY FEE, PAYMENT OF GUARDIAN AD LITEM FEE, DISTRIBUTION OF NET SETTLEMENT PROCEEDS VIA STRUCTURED SETTLEMENT, AND PERMISSION FOR NEXT FRIEND TO SIGN SUITABLE RELEASE PRESENTED BY DEFENDANT'S INSURANCE COMPANY AND FOR DISMISSAL OF PLAINTIFFS' CASE**

At a session of said Court, held in
the City of Grand Rapids, County
of Kent, State of Michigan on

June 28, 2023

**PRESENT:** Honorable Robert J. Jonker
UNITED STATES DISTRICT COURT JUDGE

This matter having resolved via facilitative mediation, the Plaintiff having filed the instant motion, and following a hearing on the record on June 28, 2023, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the gross settlement of $1,320,000, inclusive of all costs and attorneys fees, is approved;

**IT IS FURTHER ORDERED** that the law firm of Nolan & Shafer, PLC shall be reimbursed litigation costs in the amount of $15,376.56;

**IT IS FURTHER ORDERED** that the law firm of Nolan & Shafer, PLC shall be paid a fee agreement in the amount of $434,874.48;

**IT IS FURTHER ORDERED** that Attorney/Guardian Ad Litem Edward Wasiura shall be paid a fee in the amount of $400 for his services;

**IT IS FURTHER ORDERED** that Plaintiff, on behalf of J.W., a minor, is granted permission to sign a suitable release presented by Defendants' insurance company upon approval of Plaintiff's counsel;

**IT IS FURTHER ORDERED** that the balance of the minor's net settlement of $869,348.96 shall be paid by a structured settlement and annuity under the following terms:

**CONSIDERATION:**

By way of Settlement, Defendant (or Defendant's Insurer) has offered to pay the following sums:

1. $450,651.04 payable at settlement to Ashley Wyrick, as Conservator for JW and Nolan & Shafer, PLC.

2. The total cost of $581,823.46 for the purchase of an annuity providing future periodic payments, as follows:

   Payable to JW:

   $2,991.50 payable monthly for life, 30 years guaranteed, beginning 5/10/2029, with the last guaranteed payment on 4/10/2059.

   The obligation to make the periodic payments described herein will be assigned under the meaning of IRC Sec. 130, to USAA Annuity Services Corporation (the "Assignee") and funded by an annuity contract issued by USAA Life Insurance Company (the "Annuity Issuer").

3. The total cost of $287,525.50 for the purchase of an annuity providing future periodic payments, as follows:

   Payable to JW:

   $50,000.00 payable 5/10/2029 guaranteed.
   $75,000.00 payable 5/10/2032 guaranteed.
   $150,000.00 payable 5/10/2036 guaranteed.
   $250,000.00 payable 5/10/2041 guaranteed.

   The obligation to make the periodic payments described herein will be assigned under the meaning of IRC Sec. 130, to MetLife Assignment Company, Inc. (the "Assignee") and funded by an annuity contract issued by Metropolitan Tower Life Insurance Company (the "Annuity Issuer").

**IT IS FURTHER ORDERED** that this matter is dismissed in its entirety with prejudice and without costs to any party.

/s/ Robert J. Jonker<br>
UNITED STATES DISTRICT JUDGE